## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Benjamin Murtiff, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") for the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") assigned to the Portland, Maine Field Office. I have been a TFO with ATF since June of 2024. I have received training regarding firearm investigations and the investigation of various crimes, and I have participated in criminal investigations into federal firearms laws, in violation of Title 18 of the United States Code.

2. I have been employed by the Augusta Police Department as a sworn law enforcement officer since 2011. I am a 2011 graduate of the Maine Criminal Justice Academy (MCJA). I worked as a patrol officer for eight years for the Augusta Police Department. Since April 2018, I have been assigned to the Augusta Police Department's Bureau of Criminal Investigation as a Detective. Since 2024, I have been assigned as a Task Force Officer with ATF. I have also completed the Maine Criminal Justice Academy's Basic Police School, which included a section on drug detection and investigation. I have attended the Maine Drug Enforcement Agency (MDEA) Basic Drug Investigation School which is a week-long course focused on drug investigations. In the course of my law enforcement training and experience, I have had the opportunity to search for, seize, and personally observe what I have recognized to be and what was later confirmed by drug analysis to be schedule drugs, including but not limited to

1

heroin, cocaine, and various narcotics lawfully available only by prescription. I have prepared and participated in the execution of search warrants for illegal drugs, gathered information relating to drug investigations, and debriefed those charged with drug crimes following their apprehension. I also have conducted several search warrants for nonviolent and violent offenses to include gross sexual assault and criminal threatening. My participation in these investigations has contributed to the apprehension, prosecution, and conviction of these persons for the unlawful trafficking, possession and furnishing in scheduled drugs, gross sexual assault, and criminal threatening.

3. I make this affidavit in support of a criminal complaint charging Anthony Englesbobb ("a/k/a Bologna"), with one count of felon in possession of firearms, in violation of Title 18, United States Code, Section 922(g)(1). The information contained in this affidavit is based on my investigation as, well as my training and experience as a criminal investigator.

## STATEMENT OF PROBABLE CAUSE

4. The target of this ATF investigation is Anthony Englesbobb a/k/a "Bologna" (d.o.b.1986). As part of this investigation, ATF used a confidential informant (CI) to complete two controlled purchases of cocaine base (crack cocaine) from Englesbobb at his residence in Windsor, Maine. During the second controlled purchase, the CI purchased cocaine base and a firearm from Englesbobb.

5. On December 11, 2024, I sought and obtained a federal search warrant for Englesbobb's residence in Windsor, Maine. The search warrant authorized law

2

enforcement officers to search, in part, for evidence of drug distribution and firearms. On December 17, 2024, I, along with Special Agents (SA) with ATF, and Deputies with the Kennebec County Sheriff's Office executed a search warrant on Englesbobb's residence.

6. After the residence was secured, I advised Englesbobb of his *Miranda* rights. Englesbobb waived his rights and agreed to answer questions. This conversation was recorded and witnessed by Special Agent Patrick Donahue with the ATF. In my interview with Englesbobb, he stated that the far back bedroom was his bedroom. In that bedroom, agents located multiple firearms to include the two that are listed below:[1]

    a. A Springfield, Model XDS, 45 caliber pistol, serial number: XS667480

    b. A Sig Sauer, Model P365, 9mm caliber pistol, serial number 66B282505

7. Englesbobb admitted to possessing the firearms located in his bedroom.

8. Englesbobb also admitted to knowing he was a felon.

9. An ATF Interstate Nexus Expert subsequently reviewed the firearms listed above. The agent determined that the firearms were manufactured outside Maine; therefore, the firearms traveled in or affected interstate or foreign commerce.

10. I reviewed Englebobb's criminal history, which showed that he has multiple felony convictions punishable by imprisonment for a term exceeding one year.

11. Englebobb's most recent felony conviction was in Kennebec County, Maine. A state grand jury indicted Englesbobb on two counts of Aggravated Trafficking in

---

[1] In total, agents located eight (8) firearms in Englesbobb's bedroom. ATF is still investigating the firearms to determine, in part, whether they were manufactured outside of Maine.

Schedule W drugs and Illegal Possession of a Firearm (Docket Number: KENCD-CR-2019-02125). On November 4, 2020, Englesbobb pleaded guilty to those counts and the court sentenced Englesbobb to a term of five years' incarceration.

12. In addition to finding the firearms during the execution of the search warrant, agents found approximately forty (40) grams of suspected cocaine base on Englesbobb's person. The suspected cocaine base field-tested as cocaine base.

13. I, Benjamin Murtiff, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine this 17th day of December 2024.

_____
Benjamin Murtiff, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Dec 17 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title