## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY ENGLESBOBB,<br>a/k/a "Bologna" | No. 1:25-cr-00042-SDN |

## PROSECUTION VERSION OF THE OFFENSES

In December 2024, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began an investigation into the defendant, Anthony Englesbobb, as it had received information that he was involved with selling drugs and guns. As a result of previous felony convictions, Englesbobb is prohibited from owning or possessing firearms.

As part of the investigation, ATF used a confidential informant (CI) to complete two controlled purchases of cocaine base (crack cocaine) from Englesbobb at his residence in Windsor, Maine.  The first controlled purchase occurred on December 3, 2024. The CI purchased $300.00 of suspected cocaine base (ggw of 6.22 grams).

The second controlled purchase occurred on December 6, 2024. During this controlled purchase, the CI purchased 6.8 ggw of cocaine base and a High Point .45 caliber handgun from Englesbobb. Englesbobb sold the firearm to the CI for $400.00.

On December 11, 2024, ATF obtained a federal search warrant for Englesbobb's residence in Windsor, Maine. The search warrant authorized law enforcement officers to search, in part, for evidence of drug distribution and firearms.  Agents executed the search warrant on December 17, 2024.

When agents entered the home, six people were in the residence (excluding Englesbobb). After the residence was secured, agents advised Englesbobb of his *Miranda* rights. Englesbobb waived his rights and agreed to answer questions.

Englesbobb stated that the far back bedroom was his bedroom and that agents would find multiple firearms. He claimed to be "holding" them for another individual. Englesbobb stated the only firearm that belonged to him was a small black .380. In Englesbobb's bedroom, agents found nine firearms along with ammunition. Englesbobb also admitted to knowing he was a felon. Agents found the following firearms:

- a Springfield, Model XDS, .45 caliber pistol, bearing serial number XS667480;

- a Sig Sauer, Model P365, 9mm caliber pistol, bearing serial number 66B282505;

- a CANIK55, model SFX Rival, 9mm caliber pistol, bearing serial number 24CM07632;

- a Colt, model Mustang Pocketlike, .380 caliber pistol, bearing serial number PL121575;

- a Winchester, model 1300, 20-gauge shotgun, bearing serial number L3400842;

- a Marlin Firearms Co., model 336CS, 30-30 caliber rifle, bearing serial number 07047202;

- a Bear Creek Arsenal, model BCA15, multi-caliber rifle, serial number B07061;

-  a Smith and Wesson, model M&P Bodyguard 380, .380 caliber pistol, bearing serial number KBN7762; and

- a Savage, model Springfield 187S, .22 caliber rifle, bearing serial number B109317.

An ATF Interstate Nexus Expert subsequently reviewed the firearms. The agent determined that the firearms were manufactured outside Maine.

Agents also found cocaine base on Englesbobb's person packaged in small baggies. All the drugs were sent for confirmatory testing. Between the CI buys and the drugs found on the defendant, a total of 24.58 grams of cocaine base was seized.

Agents seized Englesbobb's phone and obtained a search warrant for his phone. Agents found evidence of drug distribution events on the phone as well as discussions related to firearms.

Had this case proceeded to trial, the Government would have offered the testimony of the law enforcement officers involved in the investigation, items of physical evidence, including the seizure of controlled substances and firearms, as well the testimony of a certified chemist and interstate nexus expert. The Government would also offer the testimony of an experienced drug investigator who would testify that the quantity of controlled substances seized is consistent with distribution as opposed to a personal use quantity. Finally, the Government would also introduce the text message evidence obtained from the search of the defendant's cellular phone.

Date:   January 5, 2026                             Respectfully submitted,

                                                    ANDREW B. BENSON
                                                    United States Attorney

                                        By:    */s/Raphaelle A. Silver*
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               202 Harlow Street, Ste. 111
                                               Bangor, ME 04401
                                               (207) 945-0373
                                               Raphaelle.silver@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

                                                           ANDREW B. BENSON
                                                           United States Attorney

Kaylee Folster, Esq.                              By:    */s/Raphaelle A. Silver*
Attorney for Defendant                       Assistant United States Attorney
                                                         United States Attorney's Office
                                                          202 Harlow Street, Ste. 111
                                                         Bangor, ME 04401
                                                          (207) 945-0373
                                                         Raphaelle.silver@usdoj.gov